**Order entered June 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01467-CV
No. 05-12-01469-CV

**CRESENCIO BASTIDA, Appellant**

**V.**

**ABEL'S MOBILE HOME SERVICE, INC., ET AL, Appellees**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-02287-06**
**Trial Court Cause No. 296-02287-06**

## ORDER

By order dated June 19, 2013 we issued a second order in cause number 05-12-10467-CV regarding an overdue clerk's record. By letter dated June 20, 2013, the Collin County District Clerk responded that the clerk's record had been filed in cause number 05-12-01469-CV and that the case had been docketed twice in this Court. Our records show that two separate notices of appeal were filed, one with trial court cause number 296-02287-06, assigned cause number 05-12-01467-CV, and the other trial court cause number 199-02287-06, assigned cause number 05-12-01469-CV. Other than the trial court cause numbers, the notices of appeal are identical.

Accordingly, we **VACATE** our June 19, 2013 order in cause number 05-12-01467-CV.

We **DIRECT** the Clerk of the Court to transfer all documents from cause number 05-12-01467-CV into cause number 05-12-01469-CV.

We **ADMINSTRATIVELY CLOSE** cause number 05-12-01467-CV.

We further **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to Collin County District Clerk Andrea Stroh Thompson.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE